UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY HARRISON BAXTER,

    Petitioner,

v.

U.S.,

    Respondent.

Case No. 21-cv-03775-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action for a petition for a writ of habeas corpus is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/1/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge